UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YU HIN CHAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-214 |
| | § | |
| KAREN MAY BACDAYAN, *et al.*, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Yu Hin Chan filed this action under the RICO Act. (Compl., Doc. 1) In October 2025, a United States Magistrate Judge issued a Show Cause Order, requesting that Chan cure jurisdictional deficiencies in his Complaint. (Order, Doc. 9) After Chan filed no response, the Magistrate Judge issued a Report and Recommendation (Doc. 13) recommending that Chan's claims be dismissed without prejudice for want of prosecution. No party filed objections.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 13). It is:

**ORDERED** that Plaintiff Yu Hin Chan's causes of action are **DISMISSED** without prejudice for want of prosecution.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on February 5, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge